MOSES WACHTEL V. CHRIS. REICHEL, SHERIFF, ET AL.

PURCHASE BY AN INSOLVENT PERSON.

Where it appears that vendee, although insolvent at the time of his purchase, made no representations as to his financial condition, and the trial court must have found that he intended to pay and had reasonable expectation of being able to do so, the circuit court would not be warranted in disturbing the judgment.

ERROR to the Court of Common Pleas of Hamilton county.

GIFFEN, J.

The action below was in replevin to recover possession of a printing press, upon the ground of a fraudulent purchase. The only testimony offered was that of the seller and buyer, together with a memorandum of sale and a letter from the latter. Manifestly the press was sold on time, and upon delivery the title passed. Although the vendee was at the time insolvent, no representations as to his financial condition were made, and the court must have found that he intended to pay and had reasonable expectations of being able to pay; which finding upon the evidence, we are not warranted in disturbing.

Judgment affirmed.

*Frank Seinsheimer*, for plaintiff in error.

*Franklin T. Cahill*, contra.